IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    No.: 2:17-CR-564 KG

MOISES PERFECTO-GARCIA,

    Defendant.

## AMENDED ORDER GRANTING THE IMMEDIATE RELEASE OF MATERIAL WITNESS ABID ZABDI GUATEMALA-RABADAN FROM THIS CASE

**THIS MATTER** having come before the Court upon Material Witness ABID ZABDI GUATEMALA-RABADAN's Emergency Unopposed Motion for Release of Material Witness, the Court being otherwise advised of the circumstances, finds that the motion is well taken;

**IT IS THEREFORE ORDERED** that the above-named Material Witness, ABID ZABDI GUATEMALA-RABADAN, shall be allowed to return to Mexico immediately.

**IT IS THEREFORE ORDERED** that the custodial agency shall return the above-named Material Witness, ABID ZABDI GUATEMALA-RABADAN, to the custody of the Department of Homeland Security immediately.

**IT IS FURTHER ORDERED** that the United States Clerk's Office shall provide two (2) certified copies of this order to the United States Pretrial Services, the United States Marshal's Service, and to the United States Border Patrol as their authority to proceed hereunder.

_____
UNITED STATES DISTRICT JUDGE

1

APPROVED:

/s/ *Rosanne Camunez*
ROSANNE CAMUÑEZ
Attorney for Material Witness


Telephonically on 4-19-17
RICHARD C. WILLIAMS
Assistant U.S. Attorney


Telephonically on 4-19-17
JAIME CASTRO
U.S. Pretrial Services Office